**People of the State of Illinois, Appellee, v. Archie Teycial, (Impleaded), Appellant.**

Gen. No. 50,997.

First District, Second Division.

July 7, 1966.

Ronald S. Lopaty, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.